UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:10-CV-334 |
| | ) |
| GERALD DAVID WEBBER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the case captioned above is related to the previously-filed case styled <u>Siler, et al. v. Webber, et al.</u>, Case No. 3:05-CV-341 (Edgar/Guyton). The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties, and are, therefore, related. Magistrate Judge H. Bruce Guyton is available for this matter, while District Judge Edgar is not. Accordingly, the captioned case should be assigned to District Judge Thomas W. Phillips and Magistrate Judge H. Bruce Guyton.

**IT IS SO ORDERED.**

ENTER:

         s/ H. Bruce Guyton
       United States Magistrate Judge