===========================================================================

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Jenny Siler et al | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| PLAINTIFF, | |
| VS. | |
| | 3:10-cv-334<br>Judge Guyton |
| Gerald David Webber et al | |
| DEFENDANT. | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

__X__ **GRANTED**

__X__ IT IS ORDERED that the clerk issue summons and the United States Marshal, or the plaintiff, shall serve a copy of the complaint, summons, and this order upon all defendant(s) as directed by the plaintiff. If the United States Marshal provides the service, all costs of service shall be advanced by the United States. If the plaintiff provides his/her own service, the plaintiff will bear their own costs.

____ **DENIED**, for the following reasons:

ENTER this 5th day of August, 2010.

           s/ H. Bruce Guyton
           Signature of Judicial Officer

           UNITED STATES MAGISTRATE JUDGE
           Name and Title of Judicial Officer