TWP

12-26-11

THIS IS A RESPONCE TO CIVAL ACTION NO. 3:10-CV-334. I FILE THIS MOTION ASKING THE COURT TO DISMISS THIS CASE.

FILED
2011 DEC 29 A 11:34
U.S. DISTRICT COURT
EASTERN DIST. TEN.
DEPT _____

DAVID WEBBER

*David Webb*

12-26-11

COURT COPY

GERALD WEBBER
P.O Box 572
Clinton, TN 37717

7010 1670 0002 0243 9314

**CERTIFIED MAIL**

U.S. DISTRICT COURT CLERK
800 MARKET ST.
SUITE 130
KNOXVILLE, TN 37902

UNITED STATES POSTAL SERVICE
1000
37902

U.S. POSTAGE PAID
LAKE CITY, TN 37769
DEC 28, 11
AMOUNT $3.29
0001404703

**RECEIVED**
DEC 29 2011
Clerk, U.S. District Court
Eastern District of Tennessee