IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:10-cv-334 |
| | ) Phillips/Guyton |
| GERALD DAVID WEBBER, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Come the Plaintiffs, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and respectfully give notice that they voluntarily dismiss certain, but not all, of the Defendants named in the Complaint. Plaintiffs voluntarily dismiss Charles Scott, Campbell County, and all Defendants sued in their official capacities.

Respectfully submitted this 31st day of March, 2012.

**LESTER EUGENE SILER, et al.,**

BY: /s/Kristie Anderson
KRISTIE N. ANDERSON
BPR No. 021840
523 Main Street
P.O. Box 196
Jacksboro, Tennessee 37757
(423)566-9092

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the courts electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Courts electronic filing system.

Gerald David Webber
947 Old Hen Valley Road
Oliver Springs, TN 37840

Samuel Franklin
140 Riverside Drive
Jacksboro, TN 37757

Shayne Green
P.O. Box 53
Jacksboro, TN 37757

      Dated this <u>31st</u> day of March, 2012.

      BY: <u>/s/Kristie Anderson</u>