UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **LESTER EUGENE SILER, et al.,** ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-cv-334 |
| ) | (Phillips) |
| **GERALD DAVID WEBBER, et al.,** ) | |
| Defendants. ) | |

## SHOW CAUSE ORDER

This matter comes before the Court on Defendant Samuel R. Franklin's Motion to Dismiss [Doc. 5], filed on December 12, 2011, and Defendant Gerald David Webber's Motion to Dismiss [Doc. 6], filed on December 29, 2011. Plaintiffs did not timely respond to said motions. Plaintiffs are hereby **ORDERED** to **SHOW CAUSE in writing on or before April 13, 2012**, as to why Defendants' motions to dismiss should not be granted and this action dismissed.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge