TWP2
Phillips/Guyton

07-06-12

To: Whom it may concern
At the U.S. District Clerks Office.
In reference to Lester E. Siler, et al
vs
Gerald D. Webber
No. 3:10-cv-334

FILED
2012 JUL -9 P 12:52
U.S. DISTRICT COURT
EASTERN DIST. TENN
_____ DEPT CLERK

I Gerald D. Webber move the court to dismiss the above listed case, following a history of litigation between the parties with the case being previously dismissed and also on the grounds of myself not being afforded a timely right to a fair trial.

Thanks

Gerald Webber

# 865-307-2984

