IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:10-cv-334 |
| | ) Phillips/Guyton |
| GERALD DAVID WEBBER, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW the Plaintiffs and move this Honorable Court for a continuance of (10) ten days for the filing of the Response to the Defendants' Motion to Dismiss. Your Plaintiffs would show that no one is prejudiced by this continuance.

Premises considered, Plaintiffs respectfully request an additional (10) ten days within which to file their Response to the Motion to Dismiss.

RESPECTFULLY submitted this the 11th day of July, 2012.

S/Kristie Anderson
Kristie Anderson
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Dated this 11th day of July, 2012.

BY: /s/Kristie N. Anderson