UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GERALD DAVID WEBBER, et al., ) <br>     Defendants. ) | No. 3:10-cv-334 <br> (Phillips/Guyton) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Extension of Time. [Doc. 13.] It is **ORDERED** that Plaintiff's motion [Doc. 13] is **GRANTED**, whereby Plaintiff is given **up to and including Wednesday, July 18, 2012**, in which to respond to Defendants' Motion to Dismiss.

**IT IS SO ORDERED**.

                **ENTER:**

                s/ Thomas W. Phillips
                United States District Judge