

FILED

AUG 14 2012

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

August 9, 2012

Ms. Patricia McNutt
Clerk
Howard H. Baker Jr., US Courthouse
800 Market St., Suite 130
Knoxville, TN 37902-2303

RE:     Lester Eugene Siler, et al. v. Gerald David Webber, et al.
          Civil Action NO: 3:10-CV-334

Dear Ms. McNutt:

Please file the enclosed Answer and Motion on my behalf.

*Shayne Greene*
SHAYNE GREENE

Enciosure



IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE

LESTER EUGENE SILER, et al.,

    Plaintiff,

v.                        NO.    3:10-CV-334

GERALD DAVID WEBBER, et al.

    Defendants.

## ANSWER TO COMPLAINT AND MOTION

*ANSWER:*
The Defendant, Shayne Green denies the Complaint.

*MOTION:*
Comes the Defendant, Shayne Green, respectfully asking the Court to dismiss the Complaint. Defendant, relies upon the following:

That the Defendant was served Complaint, case number 3:05-CV-341 in 2005 while incarcerated.

That on August 12, 2009, R. Allen Edger, United States Judge, signed an Order to dismiss the case without prejudice. This Order was made on motion from Plaintiffs to voluntary dismiss against the Defendant.

That on November 25, 2001, Defendant received Complaint via certified mail from Plaintiffs, Civil Action No. 3:10-CV-334.

That this new Complaint filed by the Plaintiffs against Defendant was supposed to have happened July 8, 2004. The Plaintiffs failed to show to the Court in the alleged Complaint that the former Complaint was sismi9ssed against the Defendant.

The Defendant, Shayne Green, respectfully requests a dismissal from the Court based on the following:

The statute of limitation on this Complaint has expired.

RESPECTFULLY SUBMITTED, this 9th day of August, 2012.

BY: *Shayne Green*
SHAYNE GREEN, DEFENDNT

Shayne Green
P.O. Box 53
Jacksboro, Tn 37757

CERTIFIED MAIL

7009 3410 0001 4080 2...

$ 06.25
AUG 09 2012
MAILED FROM ZIP CODE 37766



RECEIVED
AUG 14 2012
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Attn: Patricia McNutt
United States District Courthouse
Eastern District of Tennessee
800 Market St., Suite 130
Knoxville, TN 37902