UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESTER EUGENE SILER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:10-cv-334 |
| v. ) | (Phillips) |
| ) | |
| GERALD DAVID WEBBER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is a *pro se* Motion to Dismiss filed by Shayne Green [Doc. 17.] This case was closed on July 31, 2012 [Doc. 16]; consequently, the Motion is improper and will be **DENIED AS MOOT.**

       IT IS SO ORDERED.

       ENTER:

           s/ Thomas W. Phillips
           United States District Judge

-1-